UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY E. HURBANEK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-00539 |
| ) | |
| v. ) | |
| ) | Judge Donetta W. Ambrose |
| EATON CORPORATION, EATON ) | |
| ELECTRICAL, INC. GLOBAL SALES AND ) | |
| AND SOLUTIONS DIVISION, ) | |
| BERNARD J. ELK, DAVID PERCHETTI, ) | |
| ANNE REMMERS, MONICA PANTONI, ) | |
| ANNE VONDRACAK, and ERIC JACOBSON, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated, by and between counsel for Plaintiff Mary E. Hurbanek and Defendants Eaton Corporation, Eaton Electrical. Inc. Global Sales and Solutions Division, Bernard J. Elk, David Persichetti, Anne Remmers, Monica Pantoni, Anne Vondracek and Eric Jacobson that all claims set forth in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall bear their own attorneys' fees and costs.

s/Lois E. Glanby
Robert Owsiany (PA I.D. No. 35124)
Lois Glanby (PA I.D. No. 87084)
LAW OFFICES OF LOIS GLANBY
535 Smithfield Street, Suite 1025
Pittsburgh, PA 15222
Telephone: (412) 471-6110
Facsimile: (412) 471-1041
Email:rowsiany@glanbylawfirm.com
Counsel for Plaintiff

*approved*
*Donetta F. Ambrose*
*4/2/07*